IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, et al.,<br>      Plaintiffs,<br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br>      Defendants. | )<br>)<br>)<br>) Civil Action No. 3:08-0979<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AGAINST THE FOLA IKE FORK NO. 1 AND NO. 2 SURFACE MINES**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs move for a preliminary injunction requiring the Defendant U.S. Army Corps of Engineers to suspend an individual permit issued by the Corps under § 404 of the Clean Water Act (CWA) to Foal Coal Company, LLC (Fola) for its Ike Fork No. 1 and No. 2 Surface Mines. Plaintiffs contend that the Corps violated its obligations under the CWA and the National Environmental Policy Act (NEPA) to provide adequate public notice and comment and to involve the public in its environmental impact analysis for these two mines. Plaintiffs also contend that this permit suffers from some of the same defects that this Court identified in its decision in <u>OVEC v. U.S. Army Corps of Engineers</u>, 479 F. Supp.2d 607 (S.D. W.Va. 2007). Plaintiffs seek to enjoin any further stream-filling and mining activities in the footprints of the valley fill areas prior to Fola's scheduled October 5, 2008 commencement of those activities.

                                            Respectfully submitted,

                                            /s/ Joseph M. Lovett
                                            JOSEPH M. LOVETT
                                            Appalachian Center for the

Economy and the Environment
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
jlovett@appalachian-center.org

James M. Hecker
Public Justice
1825 K Street, N.W. Suite 200
Washington, D.C. 20006
(202) 797-8600
jhecker@publicjustice.net

Counsel for the Plaintiffs

## CERTIFICATE OF SERVICE

I, Joseph M. Lovett, hereby certify that on September 18, 2008, I electronically filed the foregoing Plaintiffs' Motion for a Preliminary Injunction with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Cynthia J. Morris
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
*c.j.morris@usdoj.gov*

Ann D. Navaro
U. S. Army Corps Of Engineers
Great Lakes and Ohio River Division
P. O. Box 1159
Cincinnati, OH 45201

Robert McLusky
Jackson Kelly PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322

And by regular U.S. Mail to:

Allyn Turner
Spilman, Thomas & Battle, PLLC
Post Office Box 273
Charleston, WV 25321-0273

          /s/ Joseph M. Lovett
          JOSEPH M. LOVETT