IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 08-0979 ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) ) |
| Defendants. | ) ) |

UNITED STATES' MOTION TO FILE OVERLENGTH BRIEF

                                            RONALD J. TENPAS
                                            Assistant Attorney General
                                            Environment & Natural Resources Division

                                            CYNTHIA J. MORRIS, Trial Attorney
                                            SEAN E. MARTIN, Trial Attorney
                                            U.S. Department of Justice
                                            Environmental Defense Section
                                            P.O. Box 23986
                                            Washington, D.C.  20026-3986

                                            RUTH ANN STOREY, Trial Attorney
                                            U.S. Department of Justice
                                            Natural Resources Section
                                            P.O. Box 663
OF COUNSEL:                          Washington, D.C.  20044-0663

DEBRA TABOR                        ANN D. NAVARO
U.S. Army Corps of Engineers      Special Attorney, U.S. Department of Justice
Huntington, WV                    U.S. Army Corps of Engineers
                                            Great Lakes and Ohio River Division
RUSSELL W. PETIT                550 Main Street, Room 10032
U.S. Army Corps of Engineers      Cincinnati, Ohio 45202
Washington, D.C.

The United States Army Corps of Engineers (Corps) moves pursuant to Local Civil Rule 9.4(b) for leave of Court to file an overlength memorandum not to exceed 35 doubled spaced pages exclusive of title and signature pages, in opposition to Plaintiffs' Motion for Preliminary Injunction. Defendants have not been successful in contacting Plaintiffs about this motion. The grounds for the motion are as follows:

1. The Corps is filing a memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs have raised various challenges to a Corps section 404 permit, which involves a large administrative record and consideration of complex federal statutes and state regulatory actions. Additional pages are required to fully address the legal issues involved.

2. A full legal analysis of the issues will assist the Court in resolution of the issues presented.

Therefore, it is respectfully requested that the Court grant the Corps leave to file an overlength brief not to exceed 35 doubled spaced pages exclusive of title and signature pages, in opposition to Plaintiffs' Motion for Preliminary Injunction.

October 6, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

  /s/Sean E. Martin
CYNTHIA J. MORRIS, Trial Attorney
SEAN E. MARTIN, Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
Tel:  (202) 616-7554

|  |  |
|---|---|
|  | /s/Ruth Ann Storey |
|  | RUTH ANN STOREY, Trial Attorney |
|  | U.S. Department of Justice |
|  | Natural Resources Section |
|  | P.O. Box 663 |
|  | Washington, D.C.  20044-0663 |
| OF COUNSEL: | Tel:  (202) 305-0493 |
|  |  |
| DEBRA TABOR | ANN D. NAVARO |
| U.S. Army Corps of Engineers | Special Attorney, U.S. Department of Justice |
| Huntington, WV | U.S. Army Corps of Engineers |
|  | 550 Main Street, Room 10032 |
| RUSSELL W. PETIT | Cincinnati, Ohio 45202 |
| U.S. Army Corps of Engineers | Tel: (513) 684-3083 |
| Washington, D.C. |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

_____
                                        )
OHIO VALLEY ENVIRONMENTAL               )
COALITION, et al.,                      )
                                        )
        Plaintiffs,                     )
                                        )
    v.                                  )   Civil Action No. 08-0979
                                        )
UNITED STATES ARMY CORPS OF             )
ENGINEERS, et al.,                      )   **CERTIFICATE OF SERVICE**
                                        )
        Defendants.                     )
_____  )

    I hereby certify that on this 6th day of October, 2008, I electronically filed the foregoing "United States' Motion to File Overlength Brief," with the Clerk of the Court using the CM/EMF system which will send notification of such filing to the following:

Joseph M. Lovett
Appalachian Center for the Economy and the
   Environment
P.O. Box 507
Lewisburg, West Virginia 24901
(304) 645-9006

Robert G. McClusky
Jackson & Kelly PLLC
P.O. Box 553
Charleston, WV 25322


 /s/ Ruth Ann Storey