**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**OHIO VALLEY ENVIRONMENTAL
COALITION, COAL RIVER MOUNTAIN
WATCH, WEST VIRGINIA HIGHLANDS
CONSERVANCY, and THE SIERRA CLUB,**

        **Plaintiffs,**

**v.**                                            **Civil Action No. 3:08-0979**

**UNITED STATES ARMY CORPS OF
ENGINEERS; ROBERT L. VAN ANTWERP,
Commander in Chief of Engineers, U.S. Army
Corps of Engineers; DANA R. HURST,
Colonel, District Engineer, U.S. Army Corps of
Engineers, Huntington District,**

        **Defendants,**

**and**

**HOBET MINING COMPANY, LLC,
FOLA COAL COMPANY, LLC,
LOADOUT, LLC, and COAL RIVER
MINING, LLC,**

        **Intervenor-Defendants.**

**INTERVENOR-DEFENDANT FOLA COAL COMPANY, LLC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Intervenor-Defendant Fola Coal Company, LLC ("Fola"), pursuant to Rule 56 of the

Federal Rules of Civil Procedure, hereby moves for partial summary judgment against Plaintiffs

Ohio Valley Environmental Coalition ("OVEC"), Coal River Mountain Watch ("CRMW"), West

Virginia Highlands Conservancy ("WVHC") and the Sierra Club (collectively "Plaintiffs") as to

the procedural issues contained in Count One of Plaintiffs' Fourth Amended and Supplemental

Complaint on the grounds that there is no genuine issue as to any material fact, and therefore

Fola is entitled to judgment as a matter of law.  Fola's arguments are set forth more fully in the

accompanying Memorandum of Law in Support of its Motion for Partial Summary Judgment.

**FOLA COAL COMPANY, LLC**

By SPILMAN THOMAS & BATTLE, PLLC

_____/s/ James S. Crockett, Jr._____
James S. Crockett, Jr. (WV State Bar # 9229)
Allyn G. Turner (WV State Bar # 5561)
Andrew B. McCallister (WV State Bar # 10026)
Spilman Thomas & Battle, PLLC
Post Office Box 273
Charleston, West Virginia 25321-0273
Telephone: (304) 340-3800
Facsimile: (304) 340-3801
jcrockett@spilmanlaw.com
aturner@spilmanlaw.com
amccallister@spilmanlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**OHIO VALLEY ENVIRONMENTAL
COALITION, COAL RIVER MOUNTAIN
WATCH, WEST VIRGINIA HIGHLANDS
CONSERVANCY, and THE SIERRA CLUB,**

      **Plaintiffs,**

**v.**                                         **Civil Action No. 3:08-0979**

**UNITED STATES ARMY CORPS OF
ENGINEERS; ROBERT L. VAN ANTWERP,
Commander in Chief of Engineers, U.S. Army
Corps of Engineers; DANA R. HURST,
Colonel, District Engineer, U.S. Army Corps of
Engineers, Huntington District,**

      **Defendants**

**and**

**HOBET MINING COMPANY, LLC,
FOLA COAL COMPANY, LLC,
LOADOUT, LLC, and COAL RIVER
MINING, LLC,**

      **Intervenor-Defendants.**

## CERTIFICATE OF SERVICE

      I, James S. Crockett, Jr., counsel for Fola Coal Company, LLC, hereby certify that on

April 6, 2009, I electronically filed the foregoing **Intervenor-Defendant Fola Coal Company,**

**LLC's Motion for Partial Summary Judgment** with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to the following:

           Joseph M. Lovett, Esq.
           Derek O. Teaney, Esq.
           Appalachian Center for the Economy and the Environment
           *Counsel for Plaintiffs*

James M. Hecker
Public Justice
1825 K Street, N.W. Suite 200
Washington, D.C. 20006
***Counsel for Plaintiffs***

Cynthia J. Morris, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
***Counsel for Defendants***

Robert G. McLusky, Esq.
Blair M. Gardner, Esq.
James R. Snyder, Esq.
Christopher M. Hunter, Esq.
Jackson Kelly PLLC
1600 Laidley Tower
P.O. Box 553
Charleston, WV 25322
***Counsel for Intervenor Hobet Mining Company, LLC***

Terry R. Sammons, Esq.
Sammons Law Offices, PLLC
P.O. Box 1747
Gilbert, WV 25621
***Counsel for Intervenors Loadout, LLC and Coal River Mining, LLC***

W. Howard Sammons, II, Esq.
Law Office of W. Howard Sammons, II, PLLC
2768 Pennsylvania Avenue
Charleston, WV 25302
***Counsel for Intervenors Loadout, LLC and Coal River Mining, LLC***

Edward P. Tiffey, Esq.
Edward P. Tiffey, PLLC
P.O. Box 3785
Charleston, WV 25337
***Counsel for Intervenors Loadout, LLC and Coal River Mining, LLC***

Nicholas S. Preservati, Esq.
Preservati Law Offices, PLLC
P.O. Box 1431
Charleston, WV 25325
***Counsel for Intervenors Loadout, LLC and Coal River Mining, LLC***

_____/s/ James S. Crockett, Jr._____
James S. Crockett, Jr. (WV State Bar No. 9229)