**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

| | | |
|---|---|---|
| **OHIO VALLEY ENVIRONMENTAL** | ) | |
| **COALITION, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No. 3:08-0979** |
| | ) | |
| **UNITED STATES ARMY CORPS OF** | ) | |
| **ENGINEERS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION AND JOINT MOTION TO ENTER FINAL JUDGMENT AND
RELEASE BOND**

The parties stipulate to the following facts and jointly move the Court to enter a final

judgment and release the bond posted by Plaintiffs in this action:

1.      On May 18, 2012, the Court granted Plaintiffs' motion for a temporary restraining

order.  Doc. #243.  On May 23, 2012, Plaintiffs to posted a $500 bond to secure that order.  Doc.

#249.  On May 24, 2012, the Court lifted the temporary restraining order and denied Plaintiffs'

motion for a preliminary injunction.  Doc. #250.

2.      The parties agree that the $500 bond posted by Plaintiffs should be released.

3.      On March 28, 2013, the Court entered a Memorandum Opinion and Order (a)

granting in part Plaintiffs' motion for summary judgment as to Count One of their Fifth

Supplemental Complaint and denying in part Defendant-Intervenor Loadout, LLC's and

Defendant U.S. Army Corps of Engineers' (the Corps) cross-motions for summary judgment on

that Count, (b) remanding the reissued Section 404 permit for Loadout LLC's mining project to

the Corps for reconsideration, and (c) dismissing without prejudice Counts Two and Three of

Plaintiffs' Fifth Supplemental Complaint.  Doc. #288.

4.      On October 29, 2013, the Corps notified the Court of its decision on remand. Doc. #290.

5.      The parties agree that the Corps' remand decision complies with the Court's March 28, 2013 Order, and that there are no further claims in this action that require a decision on the merits.

The parties therefore move the Court to release the bond, enter a final judgment, and accept the facts in this Stipulation.  A proposed Order and Final Judgment is filed herewith.

Respectfully submitted,

s/ Derek O. Teaney
Joseph M. Lovett
Derek O. Teaney
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
dteaney@appalmad.org

James M. Hecker
Public Justice
1825 K Street, N.W. Suite 200
Washington, D.C. 20006
(202) 797-8600
jhecker@publicjustice.net

Counsel for Plaintiffs

Cynthia J. Morris
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
(202) 616-7554

s/ Ruth Ann Storey
Ruth Ann Storey
U.S. Department of Justice
Natural Resources Section

P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0493

Counsel for the Federal Defendants

s/ Terry R. Sammons
Terry R. Sammons (WVSB #7502)
Sammons Law Offices, PLLC
P.O. Box 1747
Gilbert, West Virginia 25621
(304) 664-2688
(304) 664-8586 facsimile
terry@sammonslaw.com

W. Howard Sammons, II (WVSB #9714)
Law Office of W. Howard Sammons II, PLLC
2768 Pennsylvania Avenue
Charleston, West Virginia 25302
(304) 345-7500
(304) 345-7504 facsimile
hsammons@frontier.com

Edward P. Tiffey (WV Bar #6042)
Edward P. Tiffey, PLLC
205 Capitol Street, Fourth Floor
Post Office Box 3785
Charleston, West Virginia 25337-3785
(304) 344-3200
(304) 344-9919 facsimile
ed@tiffeylaw.com

Nicholas S. Preservati (WVSB #8050)
Preservati Law Offices, PLLC
P. O. Box 1431
Charleston, West Virginia 25325
(304) 346-1431
(304) 346-1744 facsimile
nsp@preservatilaw.com

Counsel for Defendant-Intervenors
Loadout LLC and Coal River Mining, LLC

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

| | | |
|---|---|---|
| **OHIO VALLEY ENVIRONMENTAL COALITION, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No. 3:08-0979** |
| | ) | |
| **UNITED STATES ARMY CORPS OF ENGINEERS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[Proposed] ORDER AND FINAL JUDGMENT**

Upon consideration of the parties' Stipulation and Joint Motion to Enter Final Judgment and Release Bond, the Court grants the motion and orders as follows:

1.  The $500 bond posted by Plaintiffs (Doc. #249) is released and may be returned to Plaintiffs.

2.  The Court  accepts the facts in the parties' Stipulation, and finds that there are no further claims in this action that require a decision on the merits.

3.  Plaintiffs may file a motion for an award of attorneys' fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(2)(A), no later than 30 days after the entry of this order and final judgment.

ENTER:

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE