IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:08-0979 |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER AND FINAL JUDGMENT

Upon consideration of the parties' Stipulation and Joint Motion to Enter Final Judgment and Release Bond, the Court grants the motion and orders as follows:

1. The $500 bond posted by Plaintiffs (Doc. #249) is released and may be returned to Plaintiffs.

2. The Court accepts the facts in the parties' Stipulation, and finds that there are no further claims in this action that require a decision on the merits.

3. Plaintiffs may file a motion for an award of attorneys' fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(2)(A), no later than 30 days after the entry of this order and final judgment.

ENTER:  12/10/13

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE